## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| JESUS RICARDO DE HOYOS | § § | |
| V. | § § | CIVIL ACTION NO. 5:15-CV-00060 |
| C. R. ENGLAND and DWIGHT S. GRAHAM | § § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

JESUS RICARDO DE HOYOS Plaintiff, and C. R. ENGLAND and DWIGHT S. GRAHAM, Defendants, file this, their Joint Motion to Dismiss With Prejudice, and would respectfully show the Court as follows:

1. The parties have entered into a Settlement Agreement resolving the claims between them in this lawsuit. As part of this same agreement, Plaintiff and Defendants have agreed to dismiss this lawsuit with prejudice. As further part of this same agreement, the parties have agreed to the terms of an Agreed Order of Dismissal With Prejudice.

2. The parties respectfully request that the Court enter the proposed Agreed Order of Dismissal With Prejudice, which is being filed simultaneously herewith.

Wherefore, for the foregoing reasons, the parties respectfully request this Court to dismiss this lawsuit with prejudice by entering the Agreed Order of Dismissal With Prejudice being filed simultaneously herewith.

{04285530.DOCX }

Respectfully submitted,

LARRY D. WARREN
State Bar No. 2088450
**ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com

MICHAEL J. BLANCHARD
Texas Bar No. 24036231
**ATTORNEY FOR PLAINTIFF**

COWEN | MASK | BLANCHARD
62 East Price Road
Brownsville, Texas 78521
Telephone: (956) 541-4981
Facsimile: (956) 504-3674
mike@cmbtrial.com

{04285530.DOCX }